IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: EDWARD C. & AMANDA J. ROLEK AKA  )
       AMANDA J. DUNMORE                )
                                         )
                                         )
WASHINGTON MUTUAL BANK,                  )
           Creditor,                     )
     vs.                                 ) CASE NO. 06B11751
                                         ) JUDGE SUSAN PIERSON SONDERBY
EDWARD C. & AMANDA J. ROLEK AKA          )
AMANDA J. DUNMORE,                       )
           Debtor                        )
                                         )
```

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Washington Mutual Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 2008 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of May 6, 2008.

   a. Attorney's Fees          $250.00
   b. Late fees                 $30.21
   c. Property Inspections      $26.70
   d. Prior fees and costs     $326.50
   e. Escrow                   $927.80
   f. Suspense                ($269.08)

   Total                     $1,292.13

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Washington Mutual Bank rights to collect these amounts will remain unaffected.

                                        Respectfully Submitted,
                                        Washington Mutual Bank

                                        <u>/s/Dana N. O'Brien</u>
                                        Dana N. O'Brien
                                        ARDC#6256415

                                        Pierce and Associates, P.C.
                                        1 North Dearborn Street
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        (312)346-9088